## In re DONNOLLY.

### Cr. No. 1029; October 10, 1903.

#### 74 Pac. 139.

Mandamus—Dismissal—Costs.—Where, After Submission of an application to compel a judge to settle a bill of exceptions, he signs it, the application will be dismissed, without costs.

Application for mandate by Charles Donnolly against William P. Lawlor, judge of the superior court of the city and county of San Francisco, to compel him to settle a bill of exceptions. Dismissed

H. W. Hutton for appellant; Thos. M. O'Connor for respondent.

SHAW, J.—This is an application for a writ of mandate to compel the judge of the court below to settle a bill of exceptions to be used on appeal by the petitioner, as defendant in the case of People of the State of California v. Charles Donnolly. Since the submission of the application for a mandate the transcript on appeal in the case of People v. Donnolly has been filed, showing that the bill of exceptions in question has been settled by the judge, and it is made a part of the record on appeal. In view of this fact, there is nothing remaining before the court for decision. It is therefore ordered that the petition be dismissed, without costs.

We concur: Van Dyke, J.; Angellotti, J.; McFarland, J.